167 So.2d 304

Rena Catherine ZENO

v.

David BREAUX and Travelers
Indemnity Company.

No. 47387.

Sept. 28, 1964.

In re: David Breaux and Travelers Indemnity Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 164 So.2d 666.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.